# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-60170
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 10, 2016

Lyle W. Cayce
Clerk

ROSENDO MARTINEZ-MAGALLANES,

Petitioner

v.

LORETTA LYNCH, U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A200 683 762

Before DAVIS, JONES, and GRAVES, Circuit Judges.

PER CURIAM:*

Rosendo Martinez-Magallanes petitions for review of the Board of Immigration Appeals's (BIA) dismissal of his appeal of the immigration judge's (IJ) denial of asylum, withholding of removal, and withholding of removal under the Convention Against Torture (CAT). Martinez-Magallanes has abandoned any challenge to the denial of asylum and withholding of removal

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-60170

under the CAT by failing to address these issues in his brief. *See Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir. 2003).

Contrary to his argument, Martinez-Magallanes claimed membership in a particular social group as "a homeowner who is a victim of extortion by Mexican gangs." Aside from conclusional assertions, Martinez-Magallanes provides no argument regarding why these characteristics meet the requisite standards of social visibility or distinction and particularity. *See Orellana-Monson*, 685 F.3d 511, 518-19 (5th Cir. 2012). Accordingly, he has not shown that the BIA and IJ erred in determining that he failed to establish membership in a particular social group and denying him withholding of removal. *See id.* at 517-18.

The petition for review is DENIED.